ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
SHIRLEY J. FOSTER
Nevada Bar No. 8069
E-mail: Shirley.Foster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
FAX: (702) 893-3789
*Attorneys for Defendant State Farm Fire and
Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MEGAN POTE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, and ROE LEGAL ENTITIES I-V,<br><br>Defendants. | CASE NO. 2:20-cv-01970-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case thirty (30) days, up to and including Wednesday, July 6, 2022.  In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1. On July 20, 2020, Plaintiff filed her First Amended Complaint in Eighth Judicial District Court, Nevada.

2. On September 17, 2020, Defendant filed its Answer to First Amended Complaint in



4886-4062-8516.1

District Court.

3.      On October 23, 2020, Defendant Removed the action to U.S. District Court.

4.      On December 7, 2020 the parties conducted an initial FRCP 26(f) conference

5.      On September 17, 2020, Plaintiff served its FRCP 26 Initial Disclosures on Defendant.

6.      On December 14, 2020, Defendant served her FRCP 26 Initial Disclosures on Plaintiff.

7.      On December 22, 2020, the Court entered the Stipulated Discovery Order.

8.      On January 5, 2021, Defendant served written discovery on Plaintiff.  Plaintiff served her Responses on February 8, 2021.

9.      On or about March 10, 2021, Defendant served records subpoenas on Plaintiff's treatment providers.

10.     On March 30, 2021, Plaintiff served written discovery on Defendant.  Defendant served its responses on April 29, 2021.

11.     On May 14, 2021, Defendant served a supplement to its FRCP 26 Initial Disclosures of the medical records and bills it has received to that date as responses to its records subpoenas.

12.     On August 5, 2021, Defendant deposed Plaintiff.

13.     On September 3, 2021, Plaintiff underwent an Independent Medical Evaluation in Tacoma, Washington.

14.     On February 4, 2022, the parties served their initial designations of expert witnesses.

## DISCOVERY REMAINING

Discovery has closed, and the parties do not seek its reopening.

## EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The parties diligently conducted discovery, including disclosing documents, responding to written discovery, deposing Plaintiff, and designating initial expert witnesses.  Since then, counsel



1 have been engaged in discussions regarding a resolution absent either party incurring additional

2 costs.  To that end, the parties respectfully request a brief extension of thirty (30) days to enable

3 further discussions to ensue so as to avoid incurring additional costs of dispositive motion practice

4 if possible.

5      LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order.

6 Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be

7 made no later than twenty-one (21) days before the expiration of the subject deadline and must

8 comply fully with LR 26-3.  Requests made after this time period must be the result of excusable

9 neglect.

10      Here, this Request for an extension of time is not sought for any improper purpose or other

11 purpose of delay, but rather as a result of a continued efforts at resolution in a manner that lowers

12 both parties' litigation costs.  Vacation and trial schedules have led to these discussions running

13 past the dispositive motion deadline.  As such, the parties submit that good cause and excusable

14 neglect exist for this brief extension of thirty days.

15      WHEREFORE, the parties respectfully request that this Court extend the time for the

16 parties to file their dispositive motions by thirty (30) days from the current deadline of June 6,

17 2022 up to and including July 6, 2022.  Accordingly, the parties also request that the deadline to

18 file the parties' Joint Pretrial Order is also extended by thirty days to August 4, 2022.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4886-4062-8516.1          3

1  If dispositive motions are pending, the parties will file their joint pretrial order within thirty

2  days of the Court's order as to those motions.

3  Dated this 6th day of June 2022.         Dated this 6th day of June, 2022.

4  LEWIS BRISBOIS BISGAARD & SMITH LLP    VAN LAW FIRM

5

6  _/s/ Cheryl A. Grames_            _/s/Kristine Maxwell_
   ROBERT W. FREEMAN           SANDY VAN

7  Nevada Bar No. 3062             Nevada Bar No. 10785
   CHERYL A. GRAMES           KRISTINE MAXWELL

8  Nevada Bar No. 12752           Nevada Bar No. 9860
   SHIRLEY J. FOSTER            1290 S. Jones Blvd.

9  Nevada Bar No. 8069            Las Vegas, NV 89146
   6385 S. Rainbow Boulevard, Suite 600   Tel:  (702) 529-1011

10  Las Vegas, Nevada 89118        _Attorneys for Plaintiff Megan Pote_
   _Attorneys for Defendant State Farm Fire and_

11  _Casualty Company_

12

13                             **ORDER**

14        IT IS SO ORDERED.

15        Dated this 8th day of June 2022.

16

17  _____
   U.S. MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW