# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN POTE,<br><br>　　Plaintiff<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　Defendant | Case No.: 2:20-cv-01970-APG-VCF<br><br>**Order** |

The proposed joint pretrial order is overdue. ECF No. 36.

I THEREFORE ORDER the parties to file the proposed joint pretrial order by September 23, 2022. Failure to comply with this order may result in sanctions, including dismissal of claims or defenses.

DATED this 6th day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE